UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NISSA AVILA,

      Plaintiff,

     v.                              **CASE NO.:** 8:10-cv-02494-VMC-AEP

FIRST SOURCE ADVANTAGE, LLC.,

      Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AND PROPOSED ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, NISSA AVILA, and Defendant, FIRST SOURCE ADVANTAGE, LLC., stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, NISSA AVILA, against Defendant, FIRST SOURCE ADVANTAGE, LLC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party to bear its own attorney's fees and costs.

Dated:  June 29, 2011                            RESPECTFULLY SUBMITTED,

                                                    By:  /s James Pacitti_____
                                                          James Pacitti, Esq.
                                                          Krohn & Moss, Ltd
                                                          10474 Santa Monica Blvd.,
                                                          Suite 401
                                                          Los Angeles, CA 90025
                                                          Phone:  (323) 988-2400 x 230
                                                          Fax:    (866) 385-1408
                                                          jpacitti@consumerlawcenter.com
                                                          Attorney for Plaintiff
                                                          FBN: 119768

Dated:  June 29, 2011                                   RESPECTFULLY SUBMITTED,

    By:  /s/ Dale T. Golden
        Dale T. Golden, Esquire
    FBN: 094080
    **GOLDEN & SCAZ, PLLC**
    201 North Armenia Avenue
    Tampa, Florida 33609
    Phone: (813)251-3632
    Fax: (813)251-3675
    Attorneys for Defendant
    dale.golden@goldenscaz.com